ROBERT S. BREWER, JR.
United States Attorney
BENJAMIN KATZ
Assistant U.S. Attorney
California State Bar No. 272219
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9604
Fax: (619) 546-0450
Email:  benjamin.katz@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARA KESHISHYAN, ET AL., <br><br> Defendant. | Case No. 12-cr-04352-JLS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| None. | | | |

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>                                      <u>Email Address</u>

Emily J. Keifer                        Emily.Keifer@usdoj.gov

Please feel free to call me if you have any questions about this notice.

DATED: May 10, 2019.

                                                       ROBERT S. BREWER, JR.
                                                       United States Attorney

                                                       *S/ Benjamin Katz*
                                                       BENJAMIN KATZ
                                                       Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 12-cr-04352-JLS |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ARA KESHISHYAN, ET AL., ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, BENJAMIN KATZ, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the party by postal mail to:

Ara Keshishyan
35422298
10164 Samoa Ave, #13
Tujunga, CA 91042

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 10, 2019.

*S/ Benjamin Katz*
BENJAMIN KATZ
Assistant U.S. Attorney